# United States District Court

DISTRICT OF \_\_\_\_DELAWARE\_\_\_\_

UNITED STATES OF AMERICA
V.
JONATHAN AMATO

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-37-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about September 13, 2006 through February 6, 2008 in Kent county, in the _____ District of Delaware defendant(s) did, (Track Statutory Language of Offense)

knowingly receive and possess, and did attempt to do so, visual depictions of minors engaging in sexually explicit condut, which images had moved in interstate commerce

in violation of Title \_\_18\_\_ United States Code, Section(s) 2252A(a)(2) and (5)(B).

I further state that I am a(n) United States Immigration and Customs Enforcement Special Agent and that this complaint is based on the following facts:

AFFIDAVIT attached.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
David B. Yeary, Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

February 11, 2008 at Wilmington, Delaware
Date / City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer / Signature of Judicial Officer

## AFFIDAVIT

I, David B. Yeary, being duly sworn, depose and say:

1. I am a Special Agent with the United States Department of Homeland Security, Bureau of Immigration & Customs Enforcement (ICE), Dover Delaware. I have been employed as a Special Agent since January 25, 2003, when I was employed by the INS. The INS was transferred to the U.S. Department of Homeland Security as the Bureau of Immigration & Customs Enforcement in March 2003.

2. This following information was developed from the affiant's personal knowledge and from information provided by State of Delaware government agencies, INS/ICE records.

3. Information received from an undercover ICE operation indicates that JONATHAN AMATO, with a credit card account issued by Capital One, purchased access to Child Porn websites through Pay Pal on January 3, 2007, December 22, 2006, and September 18, 2006.

4. A response from a subpoena issued to Capital One confirmed the relevant PayPal transactions to the Child Porn sites. The subpoena also shows an additional purchase to the Child Porn sites on February 1, 2007.

5. On February 06, 2008 a Search Warrant was executed on the residence of Jonathan AMATO, in Dover, Delaware. During the search the following computer equipment was seized: a PNY 256 MB thumb drive USB storage device, Toshiba Laptop, HP Laptop, Averatel Laptop and Compaq Desktop.

6. ICE RAC Wilmington Special Agent William Shields interviewed Jonathan AMATO on February 06, 2008. AMATO was advised of his rights and signed the waiver agreeing to talk with SA Shields. During the interview AMATO admitted to having Child Porn stored on the PNY 256 MB thumb drive. During this interview AMATO also admitted to purchasing access to a Child Porn website and to accessing pictures and videos therefrom.

7. On or about February 7, 2008, approximately 60 photo images were found on Amato's PNY thumb drive by an ICE computer forensic examiner. Your affiant reviewed those images on February 8, 2008, and confirms that they depict minors engaged in sex acts and /or the lascivious exhibition of the genitals and pubic area. Approximately 20 of the images depict prepubescent minors engaged in sex acts with adults.

8. On February 11, 2008, this writer interviewed AMATO, after he was advised of his rights and signed the waiver. When AMATO was questioned about the child porn images on the PNY 256MB thumb drive, he stated that these images were down loaded within the last three months. AMATO stated that he received SPAM emails advertising Child Porn and he would copy the Uniform Resource Locator (URL) and paste the URL in his browser and then take free tours of the sites.

WHEREFORE, your affiant avers that there is probable cause to believe that Jonathan AMATO did receive and possess Child Pornography in violation of 18 USC §§ 2252 and 2252 A.

_____
David B Yeary
Special Agent
U.S. Immigration & Customs Enforcement