*Gov't. filed in open court 2/11/08*
*(RPG)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08-**37-M** |
| ) | |
| JONATHAN AMATO, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    **X**  Crime of violence (18 U.S.C. § 3156)

    ___  Maximum sentence life imprisonment or death

    ___  10+ year drug offense

    ___  Felony, with two prior convictions in above categories

    **X**  Minor victim

    ___  Possession/ use of firearm, destructive device or other dangerous weapon

    ___  Failure to register under 18 U.S.C. § 2250

    **X**  Serious risk defendant will flee

    ___  Serious risk obstruction of justice

2. **Reason For Detention.** The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    __X__ Defendant's appearance as required

    __X__ Safety of any other person and the community

3. **Rebuttable Presumption.** The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    __X__ Probable cause to believe defendant committed ~~10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a~~ specified offense (receipt of child porn, 18 USC 2252A(a)(f)) ~~with minor victim~~

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing.** The United States requests the court conduct the detention hearing,

    ____ At first appearance

    __X__ After continuance of _3_ days (not more than 3).

5. **Temporary Detention.** The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    ____ 1. At the time the offense was committed the defendant was:

        ____ (a) on release pending trial for a felony;

        ____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ____ (c) on probation or parole for an offense.

    ____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    ____ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

Dated: 2-11-08

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney
