

# Liguori, Morris & Yiengst

Attorneys At Law
46 The Green, Dover, Delaware 19901
(302) 678-9900 • Fax (302) 678-3008

James E. Liguori
Gregory A. Morris
Laura A. Yiengst

February 19, 2008

The Honorable Mary Pat Thynge
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

RE: U.S. V. Jonathan Amato
Case No.: 08-37-M

Dear Magistrate Thynge:

At the above Detention Hearing, you requested that I inquire with the United States Air Force whether Mr. Amato would have access to the computer if he returned to duty at the Dover Air Force Base. You also requested that I inquire whether he would have access to any deadly weapons or destructive devices while performing his duties. I was advised by Major Mullins of the Dover Air Force Base that if he was released on bail, he would not be able to return to duty because his security clearance has been pulled at this time. Because his security clearance has been pulled, he would not have the ability to use computers on base which would be a requirement of any job he could perform. Thus, he would be placed on a leave of absence. Major Mullins did advise me that they could have prevented him from having contact with firearms, deadly weapons or destructive devices if he was capable of performing some duty on base which is not an option at this time.

My client is still hopeful that you will consider releasing him on bail pending this matter. If the Court is still considering placing him on bond, the Defendant's girlfriend would be willing to appear in Court to answer any questions of her.

I thank you for your attention to this matter. If you have any questions or concerns in this matter, please do not hesitate to contact me.

Very truly yours,

Gregory A. Morris

GAM/jld

cc: Edmond Falgowski, AUSA (via e-file & serve)
    Jonathan Amato