# Liguori, Morris & Yiengst



Attorneys At Law
46 The Green, Dover, Delaware 19901
(302) 678-9900 • Fax (302) 678-3008

James E. Liguori
Gregory A. Morris
Laura A. Yiengst

March 17, 2008

The Honorable Mary Pat Thynge
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

RE: **U.S. V. Jonathan Amato**
**Case No.: 1:08-cr-43**

Dear Magistrate Thynge:

The above named Defendant is currently scheduled for an arraignment on Thursday, March 20, 2008 at 1:00 p.m. Gregory Morris and I will be unavailable to accompany Mr. Amato to court. Mr. Morris spoke with AUSA Mr. Falgowski last week about the possibility of a continuance and he stated that he was not opposed to a one week continuance. Mr. Morris is currently in Orlando Florida with his family and I will be in Virginia Thursday with my family for the Easter holiday.

Thank you for your consideration.

Very truly yours,

James E. Liguori

JEL/jid

cc: Edmond Falgowski, AUSA (via e-file & serve)
    Jonathan Amato