IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No.: 1:08-cr-43 |
| JONATHAN AMATO, | : |
| Defendant. | : |

### CERTIFICATE OF MAILING

I, James E. Liguori, Esquire, do hereby certify that on March 17, 2008, I personally directed an employee of Liguori, Morris and Yiengst to mail via United States mail postage prepaid the foregoing Discovery Request for <u>United States v. Jonathan Amato</u> to:

> Edmond Falgowski
> U.S. Attorneys Office
> 1007 Orange Street, Suite 700
> P.O. Box 2046
> Wilmington, DE 19809

_____
JAMES E. LIGUORI, ESQUIRE