IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-043 JJF |
| JONATHON AMATO, | : | |
| Defendant. | : | |

## O R D E R

WHEREAS, no pretrial motions are pending in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Wednesday, May 7, 2008 at 10:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

April 18, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED
APR 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE