IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
UNITED STATES OF AMERICA,    :
                             :
          Plaintiff,         :
                             :
     v.                      :   Criminal Action No. 08-043 JJF
                             :
JONATHON AMATO,              :
                             :
          Defendant.         :
```

## O R D E R

WHEREAS, the Court has been notified that a Memorandum of Plea Agreement has been reached;

NOW THEREFORE, IT IS ORDERED that:

1) A Rule 11 hearing will be held on **June 4, 2008, at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) The time between May 7, 2008 and June 4, 2008 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

May 15, 2008
   DATE

UNITED STATES DISTRICT JUDGE