

# Liguori, Morris & Yiengst

**Attorneys At Law**
46 The Green, Dover, Delaware 19901
(302) 678-9900 • Fax (302) 678-3008

James E. Liguori
Gregory A. Morris
Laura A. Yiengst

August 1, 2008

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

**RE:   U.S. V. Jonathan Amato**
      **Case No.: 1:08-cr-43**

Dear Judge Farnan:

The above named Defendant is currently scheduled for sentencing on September 3, 2008 at 11:30 a.m. I have just been notified by the Delaware Supreme Court that I must appear for an oral argument in another matter on September 3rd at 11:00 a.m. here in Dover. For this reason, I am respectfully requesting the above sentencing date be rescheduled. This matter has not been previously rescheduled. I have spoken with AUSA Edmond Falgowski and he does not oppose this continuance request. I will be before the Honorable Gregory Sleet on September 12, 2008 at 9:30 a.m. for sentencing in U.S. v. Robert Buckley Case No.: 07-156-GMS, if there is a chance that Mr. Amato's sentencing could be rescheduled for the same date.

I thank you for your consideration in this matter.

Very truly yours,

James E. Liguori

JEL/jld

cc:   Edmond Falgowski, AUSA (via e-file & serve)
      Jonathan Amato